STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. GEORGE W. ROGERS, PLAINTIFF IN ERROR.

Argued February 4, 1941—Decided April 25, 1941.

For the defendant in error, *Daniel J. O'Regan.*

For the plaintiff in error, *Alex Simpson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, BODINE, HEHER, PERSKIE, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 13.

*For reversal*—None.